HYDE v. BOYLE et al.

No. 13,849; November 9, 1890.

24 Pac. 1060.

**Appeal—Failure to File Transcript.**—A Motion to Dismiss appeal on the ground that the transcript was not filed in time will be denied, where it appears that the question of the settlement of the bill of exceptions in the cause was not determined until the day of the motion.

In bank.    Motion to dismiss appeal.

George H. Buck and Edward F. Fitzpatrick for petitioner; T. M. Osment for respondent.

PER CURIAM.—This is a motion to dismiss appeal on the ground that the transcript was not filed in time. It appearing that the question of the settlement of the bill of exceptions in the cause was not determined until this day, the motion is denied.